OWEN v. GOING.

APPEAL — BRIEFS — DISMISSAL.— Under general rule 26 of the supreme
court, where neither party has filed briefs within the time agreed
upon by stipulations in the cause, the appeal will be dismissed.

*Appeal from District Court of Pueblo County.*

Messrs. PATTON & URMY, for appellant.

Mr. JOHN M. WALDRON and Mr. JOHN W. SLEEPER, for
appellee.

RICHMOND, C.   By stipulations in this cause filed April
26, 1886, it was agreed that the appellant should have
until July 1, 1886, to file his brief; that appellee should
have until September 1, 1886, to file her brief; and that
appellant should have until the first day of the next term
of said court to file briefs in reply, after which time said
cause should stand submitted.

We find that no briefs have been filed by either party.
Under general rule 26 of this court, as well as the prac-

tice announced in *Railway Co. v. Woy*, 7 Colo. 556, the appeal in this case should be dismissed.

PER CURIAM. For the reasons above stated the appeal is dismissed.

*Appeal dismissed.*